

**Via ECF**

Fish & Richardson P.C.
7 Times Square
20th Floor
New York, NY 10036

212 765 5070 main
212 258 2291 fax

July 15, 2025

**Kyle J. Fleming**
Associate
kfleming@fr.com
+1 212 641 2214 direct

Hon. James R. Cho, U.S.M.J.
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:     Melgar v. Pie Chatach 1776 LLC et al.*, **Case No. 23-cv-00917-OEM-JRC**

Dear Judge Cho:

We, along with our co-counsel The Legal Aid Society, represent Plaintiff Osvaldo Melgar in the above captioned matter. Pursuant to the Court's July 3, 2025 Order for Plaintiff to file a status report, we write to inform the Court that Plaintiff does not intend proceed further with this action.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses without prejudice Pie Chatach 1776 LLC d/b/a Pescada, Dan Mizrachi, and Binyomin Minster (the "Defaulting Defendants"). None of the Defaulting Defendants has appeared or responded to the First Amended Complaint, Dkt. 37, and the Clerk has entered default against each of them. *See* Dkt. 26 (default entered as to Pie Chatach and Mizrachi); Dkt. 75 (default entered as to Minster).

On March 25, 2024, Judge Merchant adopted the Court's Report and Recommendation approving Plaintiff's settlement agreement with the remaining defendants, Rovi Cohen and Rafael Treitel. Judge Merchant subsequently endorsed the parties' stipulation of dismissal as to Mr. Cohen and Mr. Treitel on April 17, 2024.

With the dismissal of the Defaulting Defendants, there is no longer a live controversy in this matter. Plaintiff respectfully requests that the case be terminated.

We thank the Court for its consideration.

Respectfully submitted,

*/s/ Kyle J. Fleming*
Kyle J. Fleming
FISH & RICHARDSON P.C.

*Attorney for Osvaldo Melgar*

fr.com